AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**E-filing**

ACLU of Northern California and LCCR of Bay Area
    Plaintiff
        v.
U.S. Immigration and Customs Enforcement, an agency of the Department of Homeland Security
    Defendant

)
)
) Civil Action No.
)
)
)

2744

BZ

**Summons in a Civil Action**

To: *(Defendant's name and address)*
U.S. Immigration and Customs Enforcement,
an agency of the Department of Homeland Security
425 I Street NW
Washington, DC 20536

A lawsuit has been filed against you.

    Within <u>30*</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Rocky C. Tsai
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

* An answer must be served to the attached
complaint, under the Freedom of Information
Act, within 30 days after service of this
summons. See 5 U.S.C. 552(a)(4)(C).
If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

Richard W. Wieking
Name of clerk of court

Date: June 2, 2008

**Helen L. Almacen**
Deputy clerk's signature

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com