1  KATHLEEN D. PATTERSON (CA SBN 124768)
   kpatterson@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:   415-773-5700
   Facsimile:   415-773-5759
5
   JULIA HARUMI MASS (CA SBN 189649)
6  jmass@aclunc.org
   AMERICAN CIVIL LIBERTIES UNION
7  FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
8  San Francisco, CA 94111
   Telephone:   415-621-2493
9  Facsimile:   415-255-8437

10 Attorneys for Plaintiffs
   AMERICAN CIVIL LIBERTIES UNION
11 OF NORTHERN CALIFORNIA
   and
12 LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA
13
   *Additional counsel for plaintiffs listed on following page
14

**FILED**
JUN 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

BZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA and LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the Department of Homeland Security,<br><br>Defendant. | Case No. CV 08 2744<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(Civil L.R. 3-16) |

1 | Additional counsel:

2

PHILIP HWANG (CA SBN 185070)
phwang@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:   415-543-9444
Facsimile:   415-543-0296


ROCKY TSAI (CA SBN 221452)
rtsai@orrick.com
RUTH KWON (CA SBN 232569)
rkwon@orrick.com
MARIKO MIKI (CA SBN 244920)
mmiki@orrick.com
ERIN REDING (CA SBN 252691)
ereding@orrick.com
MICHELLE LEUNG (CA SBN 252937)
mileung@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759


MÓNICA M. RAMÍREZ (CA SBN 234893)
mramirez@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0778
Facsimile: (415) 395-0950

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  (i) The undersigned certifies that as of this date, other than the named parties,
7  there is no such financial interest to report.

8  (ii) The *San Francisco Bay Guardian*. Plaintiffs, in conjunction with the *San
9  Francisco Bay Guardian* newspaper, served defendant Immigration and Customs Enforcement
10 with the Freedom of Information Act administrative agency request upon which the present action
11 is based. The *San Francisco Bay Guardian* thus has the same non-financial interest as Plaintiffs
12 in the disclosure of the requested records.

Dated: June 2, 2008

ROCKY C. TSAI
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Rocky C. Tsai*
ROCKY C. TSAI
Attorneys for Plaintiffs

OHS West:260448314.1

PLS.' CERT. OF INTERESTED ENTITIES OR PERSONS
(CIVIL L.R. 3-16)