1  KATHLEEN D. PATTERSON (CA SBN 124768)
   kpatterson@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:    415-773-5700
   Facsimile:     415-773-5759
5
   JULIA HARUMI MASS (CA SBN 189649)
6  jmass@aclunc.org
   AMERICAN CIVIL LIBERTIES UNION
7  FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
8  San Francisco, CA 94111
   Telephone:    415-621-2493
9  Facsimile:     415-255-8437

10 Attorneys for Plaintiffs
   AMERICAN CIVIL LIBERTIES UNION
11 OF NORTHERN CALIFORNIA
   and
12 LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA
13
14 *Additional counsel for plaintiffs listed on following page

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18

19 AMERICAN CIVIL LIBERTIES UNION OF        Case No.
   NORTHERN CALIFORNIA and
20 LAWYERS' COMMITTEE FOR CIVIL              **PLAINTIFF AMERICAN CIVIL**
   RIGHTS OF THE SAN FRANCISCO BAY          **LIBERTIES UNION OF NORTHERN**
21 AREA,                                    **CALIFORNIA'S NON-**
                                            **GOVERNMENTAL CORPORATE**
22             Plaintiffs,                  **PARTY DISCLOSURE STATEMENT**

23        v.                                (Fed. R. Civ. P. 7.1)

24 U.S. IMMIGRATION AND CUSTOMS
   ENFORCEMENT, an agency of the
25 Department of Homeland Security,

26             Defendant.

27

28

1   Additional counsel:

2
    PHILIP HWANG (CA SBN 185070)
3   phwang@lccr.com
    LAWYERS' COMMITTEE FOR CIVIL RIGHTS
    OF THE SAN FRANCISCO BAY AREA
4   131 Steuart Street, Suite 400
    San Francisco, CA 94105
5   Telephone:    415-543-9444
    Facsimile:    415-543-0296
6

7
    ROCKY TSAI (CA SBN 221452)
8   rtsai@orrick.com
    RUTH KWON (CA SBN 232569)
9   rkwon@orrick.com
    MARIKO MIKI (CA SBN 244920)
10  mmiki@orrick.com
    ERIN REDING (CA SBN 252691)
11  ereding@orrick.com
    MICHELLE LEUNG (CA SBN 252937)
12  mileung@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
13  The Orrick Building
    405 Howard Street
14  San Francisco, CA  94105-2669
    Telephone:    415-773-5700
15  Facsimile:    415-773-5759

16
    MÓNICA M. RAMÍREZ (CA SBN 234893)
17  mramirez@aclu.org
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18  IMMIGRANTS' RIGHTS PROJECT
    39 Drumm Street
19  San Francisco, CA 94111
    Telephone: (415) 343-0778
20  Facsimile: (415) 395-0950

21

22

23

24

25

26

27

28

OHS West:260447939.1

PL. ACLU-NC'S DISCLOSURE STATEMENT
(FED. R. CIV. P. 7.1)

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff the American Civil

2  Liberties Union of Northern California ("ACLU-NC") hereby submits the following statement of

3  its corporate interests and affiliations for the use of the judges of this Court:

4        1.  ACLU-NC does not have a parent corporation.

5        2.  ACLU-NC has not issued any stock.  Therefore, no publicly-held corporation

6            owns 10 percent or more of any stock in ACLU-NC.

7

8  Dated: June 2, 2008                    ROCKY C. TSAI
                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
9

10

11                                        ROCKY C. TSAI
                                          Attorneys for Plaintiffs
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28