1  KATHLEEN D. PATTERSON (CA SBN 124768)
   kpatterson@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:   415-773-5700
   Facsimile:   415-773-5759
5
   JULIA HARUMI MASS (CA SBN 189649)
6  jmass@aclunc.org
   AMERICAN CIVIL LIBERTIES UNION
7  FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
8  San Francisco, CA 94111
   Telephone:   415-621-2493
9  Facsimile:   415-255-8437

10 Attorneys for Plaintiffs
   AMERICAN CIVIL LIBERTIES UNION
11 OF NORTHERN CALIFORNIA
   and
12 LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA
13
   *Additional counsel for plaintiffs listed on following page
14

FILED
JUN 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

BZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA and LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the Department of Homeland Security,<br><br>Defendant. | Case No. CV 08 2744<br><br>**PLAINTIFF LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA'S NON-GOVERNMENTAL CORPORATE PARTY DISCLOSURE STATEMENT**<br><br>(Fed. R. Civ. P. 7.1) |

1 | Additional counsel:

2

PHILIP HWANG (CA SBN 185070)
phwang@lccr.com
3 LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
4 131 Steuart Street, Suite 400
San Francisco, CA 94105
5 Telephone: 415-543-9444
Facsimile: 415-543-0296
6

7

ROCKY TSAI (CA SBN 221452)
rtsai@orrick.com
8 RUTH KWON (CA SBN 232569)
rkwon@orrick.com
9 MARIKO MIKI (CA SBN 244920)
mmiki@orrick.com
10 ERIN REDING (CA SBN 252691)
ereding@orrick.com
11 MICHELLE LEUNG (CA SBN 252937)
mileung@orrick.com
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
13 405 Howard Street
San Francisco, CA 94105-2669
14 Telephone: 415-773-5700
Facsimile: 415-773-5759
15

16

MÓNICA M. RAMÍREZ (CA SBN 234893)
17 mramirez@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18 IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
19 San Francisco, CA 94111
Telephone: (415) 343-0778
20 Facsimile: (415) 395-0950

21

22

23

24

25

26

27

28

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff the Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("LCCR") hereby submits the following statement of its corporate interests and affiliations for the use of the judges of this Court:

1. LCCR does not have a parent corporation.
2. LCCR has not issued any stock. Therefore, no publicly-held corporation owns 10 percent or more of any stock in LCCR.

Dated: June 2, 2008

ROCKY C. TSAI
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
ROCKY C. TSAI
Attorneys for Plaintiffs