AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ACLU of Northern California and LCCR of Bay Area <br> Plaintiff <br> v. <br> U.S. Immigration and Customs Enforcement, an agency of the Department of Homeland Security <br> Defendant | ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) |

CV 08 2744 BZ

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   U.S. Immigration and Customs Enforcement,
   an agency of the Department of Homeland Security
   425 I Street NW
   Washington, DC 20536

A lawsuit has been filed against you.

   Within <u>30*</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Rocky C. Tsai
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

* An answer must be served to the attached
complaint, under the Freedom of Information
Act, within 30 days after service of this
summons. See 5 U.S.C. 552(a)(4)(C).
If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: June 2, 2008

Helen L. Almacen
Deputy clerk's signature

American LegalNet, Inc.
www.FormsWorkflow.com

## PROOF OF SERVICE BY CERTIFIED MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On June 2, 2008, I served the following documents:

1. SUMMONS IN A CIVIL ACTION;

2. CIVIL COVER SHEET;

3. COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF;

4. PLAINTIFF AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA'S NON-GOVERNMENTAL CORPORATE PARTY DISCLOSURE STATEMENT;

5. PLAINTIFF LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA'S NON-GOVERNMENTAL CORPORATE PARTY DISCLOSURE STATEMENT;

6. CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS;

7. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDERS OF THE ASSIGNED JUDGE, and STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA REGARDING THE PREPARATION OF A CASE MANAGEMENT STATEMENT;

8. WELCOME TO THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA: FILING GUIDELINES;

9. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, and DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

10. U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, ECF REGISTRATION INFORMATION HANDOUT;

11. U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, BROCHURE REGARDING CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA.

on the interested parties in this action by placing true and correct copies thereof in sealed envelopes addressed via certified mail as follows:

*Please see attached service list.*

OHS West:260448875.1 — - 1 - — Case No. CV 08 2744 BZ
PROOF OF SERVICE BY CERTIFIED MAIL

1        I am employed in the country from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

       I declare under penalty of perjury that the foregoing is true and correct.

       Executed on June 2, 2008, at San Francisco, California.

_____
Linda Pascu

OHS West:260448875.1      - 2 -      Case No. CV 08 2744 BZ
PROOF OF SERVICE BY CERTIFIED MAIL

# SERVICE LIST

Via Certified Mail – Return Receipt Requested:

Secretary Michael Chertoff
U.S. Department of Homeland Security
Washington, DC  20528

Via Certified Mail – Return Receipt Requested:

Michael H. Neifach
Principal Legal Advisor
ICE:  Office of Principal Legal Advisor
U.S. Department of Homeland Security
425 I Street NW, Room 6100
Washington, DC  20536

Via Certified Mail – Return Receipt Requested:

Julia L. Myers
ICE Assistant Secretary
425 I Street NW
Washington, DC  20536

Via Certified Mail – Return Receipt Requested:

Michael Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Via Certified Mail – Return Receipt Requested:

ICE:  Office of Principal Legal Advisor
800 N. Capitol Street NW
Suite 585
Washington, DC  10536

Via Certified Mail – Return Receipt Requested:

FOIA Office
U.S. Immigration and Customs Enforcement
800 North Capitol Street, NW
5th Floor, Suite 585
Washington, DC  20536

# PROOF OF PERSONAL SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On June 2, 2008, I personally served the following documents:

1. SUMMONS IN A CIVIL ACTION;
2. CIVIL COVER SHEET;
3. COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF;
4. PLAINTIFF AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA'S NON-GOVERNMENTAL CORPORATE PARTY DISCLOSURE STATEMENT;
5. PLAINTIFF LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA'S NON-GOVERNMENTAL CORPORATE PARTY DISCLOSURE STATEMENT;
6. CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS;
7. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDERS OF THE ASSIGNED JUDGE, and STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA REGARDING THE PREPARATION OF A CASE MANAGEMENT STATEMENT;
8. WELCOME TO THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA: FILING GUIDELINES;
9. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, and DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;
10. U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, ECF REGISTRATION INFORMATION HANDOUT;
11. U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, BROCHURE REGARDING CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA.

by hand-delivering copies thereof to the following address:

<u>Via Hand Delivery</u>:

United States Attorney's Office
Joseph Russoniello
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2008, at San Francisco, California.

_____
David A. Swain