KATHLEEN D. PATTERSON (CA SBN 124768)
kpatterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:    415-773-5759

JULIA HARUMI MASS (CA SBN 189649)
jmass@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone:   415-621-2493
Facsimile:    415-255-8437

Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION
OF NORTHERN CALIFORNIA
and
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA

*Additional counsel for plaintiffs listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA and LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the Department of Homeland Security,<br><br>Defendant. | Case No. CV-08-2744-BZ<br><br>**PROOF OF SERVICE BY MAIL OF AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES ENTERED JUNE 5, 2008** |

Additional counsel:

PHILIP HWANG (CA SBN 185070)
phwang@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:    415-543-9444
Facsimile:    415-543-0296


ROCKY TSAI (CA SBN 221452)
rtsai@orrick.com
RUTH KWON (CA SBN 232569)
rkwon@orrick.com
MARIKO MIKI (CA SBN 244920)
mmiki@orrick.com
ERIN REDING (CA SBN 252691)
ereding@orrick.com
MICHELLE LEUNG (CA SBN 252937)
mileung@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759


MÓNICA M. RAMÍREZ (CA SBN 234893)
mramirez@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0778
Facsimile: (415) 395-0950

OHS West:260460282.1

CASE NO. CV 08-2744-BZ
PROOF OF SERVICE BY MAIL OF AMENDED ORDER

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On June 20, 2008, I served the following document(s):

*AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES ENTERED JUNE 5, 2008; MAGISTRATE JUDGE ZIMMERMAN'S STANDING ORDERS; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT*

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

*Please see attached Service List*

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2008, at San Francisco, California.

_____
Mirtha M. Rodas

- 1 -

CASE NO. CV 08-2744-BZ
PROOF OF SERVICE BY MAIL OF AMENDED ORDER

# SERVICE LIST

United States Attorney's Office
Joseph Russoniello
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

Michael Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

ICE: Office of Principal Legal Advisor
800 N. Capitol Street NW, Suite 585
Washington, DC 10536

FOIA Office
U.S. Immigration and Customs Enforcement
800 North Capitol Street, NW
5th Floor, Suite 585
Washington, DC 20536

Secretary Michael Chertoff
U.S. Department of Homeland Security
Washington, DC 20528

Michael H. Neifach
Principal Legal Advisor
ICE: Office of Principal Legal Advisor
U.S. Department of Homeland Security
425 I Street NW, Room 6100
Washington, DC 20536

Julia L. Myers
ICE Assistant Secretary
425 I Street NW
Washington, DC 20536