UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF

CALIFORNIA

American Civil Liberties Union of Northern
California, et al. ,

No. C08-2744 BZ

     Plaintiff(s).

v.

NOTICE OF IMPENDING

REASSIGNMENT TO A UNITED

<u>STATES DISTRICT COURT JUDGE</u>

U.S. Immigration and Customs
Enforcement

     Defendant(s).

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

(2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The Case Management Conference set for September 15, 2008  at **4:00 p.m.** is hereby **VACATED**.

Dated:  7/15/08

reassign.DCT
Richard W. Wieking, Clerk
United States District
Court

By: Simone Voltz - Deputy Clerk to
Magistrate Judge Bernard
Zimmerman