United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  AMERICAN CIVIL LIBERTIES UNION | NO. CV 08-02744 PJH |
| 11          Plaintiff,<br>       v. | **CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER** |
| 13  US IMMIGRATION AND CUSTOMS ENFORCEMENT<br>14          Defendant.                    / | |

15

16 On June 2, 2008, counsel for **Plaintiff** filed a **Complaint (doc 1)** manually, on paper. This case has

17 been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

18

19 The above mentioned paper document has been filed and docketed. However, General Order 45

20 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be

21 presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff should submit the

22 Complaint, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges

23 chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and

24 follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper,

25 as is the case with the above mentioned filing. **All subsequent papers should be e-filed.**

26

27 Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

28 become an ECF User and be assigned a user ID and password for access to the system upon designation

of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users must do so immediately.  Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: July 15, 2008

*Felicia Reloba*
Felicia Reloba
Deputy Clerk