KATHLEEN D. PATTERSON (CA SBN 124768)
kpatterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

JULIA HARUMI MASS (CA SBN 189649)
jmass@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone:   415-621-2493
Facsimile:   415-255-8437

Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION
OF NORTHERN CALIFORNIA
and
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA

*Additional counsel for plaintiffs listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA and LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the Department of Homeland Security,<br><br>Defendant. | Case No. CV 08 2744 PJH<br><br>SUPPLEMENTAL PROOF OF SERVICE BY CERTIFIED MAIL |

Additional counsel:

PHILIP HWANG (CA SBN 185070)
phwang@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:   415-543-9444
Facsimile:   415-543-0296


ROCKY TSAI (CA SBN 221452)
rtsai@orrick.com
RUTH KWON (CA SBN 232569)
rkwon@orrick.com
MARIKO MIKI (CA SBN 244920)
mmiki@orrick.com
ERIN REDING (CA SBN 252691)
ereding@orrick.com
MICHELLE LEUNG (CA SBN 252937)
mileung@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759


MÓNICA M. RAMÍREZ (CA SBN 234893)
mramirez@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0778
Facsimile: (415) 395-0950

**PROOF OF SERVICE BY CERTIFIED MAIL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On June 2, 2008, I served the following documents:

1. SUMMONS IN A CIVIL ACTION;

2. CIVIL COVER SHEET;

3. COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF;

4. PLAINTIFF AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA'S NON-GOVERNMENTAL CORPORATE PARTY DISCLOSURE STATEMENT;

5. PLAINTIFF LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA'S NON-GOVERNMENTAL CORPORATE PARTY DISCLOSURE STATEMENT;

6. CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS;

7. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDERS OF THE ASSIGNED JUDGE, and STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA REGARDING THE PREPARATION OF A CASE MANAGEMENT STATEMENT;

8. WELCOME TO THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA: FILING GUIDELINES;

9. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, and DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

10. U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, ECF REGISTRATION INFORMATION HANDOUT;

11. U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, BROCHURE REGARDING CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA.

on the interested parties in this action by placing true and correct copies thereof in sealed envelopes addressed via certified mail as follows:

*Please see attached service list.*

1   I am employed in the country from which the mailing occurred. On the date
2   indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office
3   business address indicated above. I am readily familiar with this firm's practice for the collection
4   and processing of correspondence for mailing with the United States Postal Service. Under that
5   practice, the firm's correspondence would be deposited with the United States Postal Service on
6   this same date with postage thereon fully prepaid in the ordinary course of business.

7   Attached hereto as composite Exhibit A are true and correct copies of the mailing
8   receipts returned to my office as a result of the service by certified mail of the above-described
9   documents on the recipients set forth in the service list below.

10  I declare under penalty of perjury that the foregoing is true and correct.
11  Executed on July 25, 2008, at San Francisco, California.

_____
Linda Pascu

## SERVICE LIST

Via Certified Mail – Return Receipt Requested:

Secretary Michael Chertoff
U.S. Department of Homeland Security
Washington, DC 20528

Via Certified Mail – Return Receipt Requested:

Michael H. Neifach
Principal Legal Advisor
ICE: Office of Principal Legal Advisor
U.S. Department of Homeland Security
425 I Street NW, Room 6100
Washington, DC 20536

Via Certified Mail – Return Receipt Requested:

Julia L. Myers
ICE Assistant Secretary
425 I Street NW
Washington, DC 20536

Via Certified Mail – Return Receipt Requested:

Michael Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Via Certified Mail – Return Receipt Requested:

ICE: Office of Principal Legal Advisor
800 N. Capitol Street NW
Suite 585
Washington, DC 10536

Via Certified Mail – Return Receipt Requested:

FOIA Office
U.S. Immigration and Customs Enforcement
800 North Capitol Street, NW
5th Floor, Suite 585
Washington, DC 20536

# EXHIBIT A

ACLU v. FOIA

**1. Article Addressed to:**

JULIA L MYERS
ICE ASSISTANT SECRETARY
425 I STREET NW
WASHINGTON DC 20536

**2. Article Number** (Transfer from service label): 7000 0520 0017 3439 2735

PS Form 3811, February 2004   Domestic Return Receipt

**1. Article Addressed to:**

FOIA OFFICE
US IMMIGRATION AND CUSTOMS ENFORCEMENT
800 NORTH CAPITOL STREET NW
5TH FLOOR SUITE 585
WASHINGTON DC 20536

**2. Article Number** (Transfer from service label): 7000 0520 0017 3439 2742

PS Form 3811, February 2004   Domestic Return Receipt

ACLU v. FOIA

**Return Receipt 1:**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: X  ☐ Agent ☐ Addressee
B. Received by (Printed Name): U.S. DOJ
D. Is delivery address different from item 1? ☐ Yes ☐ No
Stamp: MAILROOM

1. Article Addressed to:

MICHAEL H NEIFACH
PRINCIPAL LEGAL ADVISOR
ICE OFFICE OF PRINCIPAL LEGAL ADVISOR
US DEPARTMENT OF HOMELAND SECURITY
425 I STREET NW ROOM 6100
WASHINGTON DC 10536

Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 0520 0017 3439 2711

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Return Receipt 2:**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: X  ☐ Agent ☐ Addressee
B. Received by (Printed Name):
D. Is delivery address different from item 1? ☐ Yes ☐ No
Stamp: MAILROOM

1. Article Addressed to:

ICE OFFICE OF PRINCIPAL LEGAL ADVISOR
800 N CAPITOL STREET NW SUITE 585
WASHINGTON DC 20536

Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 0520 0017 3439 2728

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

File # 911103.2001

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
JUN 6 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

MICHAEL MUKASEY
ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530-0001

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7000 0520 0017 3439 2704

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

- Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
JUN 1 2 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

SECRETARY MICHAEL CHERTOFF
US DEPARTMENT OF HOMELAND SECURITY
WASHINGTON DC 20528

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7000 0520 0017 3439 2759

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

File # 911103-2001