KATHLEEN D. PATTERSON (CA SBN 124768)
kpatterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:    415-773-5759

JULIA HARUMI MASS (CA SBN 189649)
jmass@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone:   415-621-2493
Facsimile:    415-255-8437

Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION
OF NORTHERN CALIFORNIA
and
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA

*Additional counsel for plaintiffs listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA and LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the Department of Homeland Security,<br><br>Defendant. | Case No. CV-08-2744-PJH<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

1  Additional counsel:

2  PHILIP HWANG (CA SBN 185070)
   phwang@lccr.com
3  LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA
4  131 Steuart Street, Suite 400
   San Francisco, CA 94105
5  Telephone:    415-543-9444
   Facsimile:    415-543-0296
6

7  ROCKY TSAI (CA SBN 221452)
   rtsai@orrick.com
8  RUTH KWON (CA SBN 232569)
   rkwon@orrick.com
9  MARIKO MIKI (CA SBN 244920)
   mmiki@orrick.com
10 ERIN REDING (CA SBN 252691)
   ereding@orrick.com
11 MICHELLE LEUNG (CA SBN 252937)
   mileung@orrick.com
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
13 405 Howard Street
   San Francisco, CA  94105-2669
14 Telephone:    415-773-5700
   Facsimile:    415-773-5759
15

16
   MÓNICA M. RAMÍREZ (CA SBN 234893)
17 mramirez@aclu.org
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18 IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
19 San Francisco, CA 94111
   Telephone: (415) 343-0778
20 Facsimile: (415) 395-0950

21

22

23

24

25

26

27

28

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that
2  he or she has:
3  (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
4  of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed
5  copies are available from the clerk's office for parties in cases not subject to the court's
6  Electronic Case Filing program (ECF) under General Order 45)*;
7  (2) Discussed the available dispute resolution options provided by the Court and private
8  entities; and
9  (3) Considered whether this case might benefit from any of the available dispute
10  resolution options.

Dated: August 27, 2008

*[signature]*
On behalf of
Plaintiff American Civil Liberties Union Of
Northern California

Dated: August 25, 2008

*[signature]*
On behalf of
Plaintiff Lawyers' Committee For Civil Rights Of
The San Francisco Bay Area

Dated: August 25, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

*[signature]*
ROCKY C. TSAI
Counsel for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION OF
NORTHERN CALIFORNIA and LAWYERS'
COMMITTEE FOR CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA