1  KATHLEEN D. PATTERSON (CA SBN 124768)
   kpatterson@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:   415-773-5700
   Facsimile:   415-773-5759
5
   Attorneys for Plaintiffs
6  AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA and LAWYERS'
   COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA [Additional
7  counsel for plaintiffs listed on following page]

8  GREGORY KATSAS
   ELIZABETH SHAPIRO
9  ISAAC R. CAMPBELL
   isaac.campbell@usdoj.gov
10 UNITED STATES DEPARTMENT OF JUSTICE
   CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
11 20 Massachusetts Avenue, NW, Room 6130
   Washington, D.C. 20530
12 Telephone:   202-616-8476
   Facsimile:   202-616-8460
13
   Attorneys for Defendant
14 U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

                              SAN FRANCISCO DIVISION
18

19

20  AMERICAN CIVIL LIBERTIES UNION OF        Case No. CV-08-2744-PJH
    NORTHERN CALIFORNIA and
21  LAWYERS' COMMITTEE FOR CIVIL             **NOTICE OF NEED FOR ADR
    RIGHTS OF THE SAN FRANCISCO BAY          PHONE CONFERENCE**
22  AREA,

23                 Plaintiffs,

                        v.
24
    U.S. IMMIGRATION AND CUSTOMS
25  ENFORCEMENT, an agency of the
    Department of Homeland Security,
26
                   Defendant.
27

28


Case 3:08-cv-02744-PJH    Document 18    Filed 08/28/2008    Page 2 of 3

| | |
|---|---|
| 1 | Additional counsel: |
| 2 | JULIA HARUMI MASS (CA SBN 189649) |
| 3 | jmass@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN CALIFORNIA |
| 4 | 39 Drumm Street<br>San Francisco, CA 94111 |
| 5 | Telephone:    415-621-2493 |
| 6 | Facsimile:    415-255-8437 |
| 7 | PHILIP HWANG (CA SBN 185070) |
| | phwang@lccr.com |
| 8 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS<br>OF THE SAN FRANCISCO BAY AREA |
| 9 | 131 Steuart Street, Suite 400<br>San Francisco, CA 94105 |
| 10 | Telephone:    415-543-9444<br>Facsimile:    415-543-0296 |
| 11 | |
| 12 | ROCKY TSAI (CA SBN 221452)<br>rtsai@orrick.com |
| 13 | RUTH KWON (CA SBN 232569)<br>rkwon@orrick.com |
| 14 | MARIKO MIKI (CA SBN 244920)<br>mmiki@orrick.com |
| 15 | ERIN REDING (CA SBN 252691)<br>ereding@orrick.com |
| 16 | MICHELLE LEUNG (CA SBN 252937)<br>mileung@orrick.com |
| 17 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building |
| 18 | 405 Howard Street<br>San Francisco, CA 94105-2669 |
| 19 | Telephone:    415-773-5700<br>Facsimile:    415-773-5759 |
| 20 | |
| 21 | MÓNICA M. RAMÍREZ (CA SBN 234893) |
| | mramirez@aclu.org |
| 22 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT |
| 23 | 39 Drumm Street |
| 24 | San Francisco, CA 94111<br>Telephone: (415) 343-0778 |
| 25 | Facsimile: (415) 395-0950 |
| 26 | |
| 27 | |
| 28 | |


OHS West:260497308.1

NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. CV 08-2744-PJH

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: September 18, 2008.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Rocky Tsai | Plaintiffs | (415) 773-5971 | rtsai@orrick.com |
| Isaac Campbell | Defendant | (202) 616-8476 | isaac.campbell@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: August 25, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
ROCKY C. TSAI
Counsel for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION OF
NORTHERN CALIFORNIA and LAWYERS'
COMMITTEE FOR CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA

Dated: August 27, 2008

UNITED STATES DEPARTMENT OF
JUSTICE, CIVIL DIVISION, FEDERAL
PROGRAMS BRANCH

_____
ISAAC R. CAMPBELL
Attorneys for Defendant
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT