GREGORY G. KATSAS
Acting Assistant Attorney General
JOHN R. TYLER
ISAAC R. CAMPBELL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6130
Washington, D.C. 20530
Tel: (202) 616-8476
Fax: (202) 616-8460
isaac.campbell@usdoj.gov

Attorneys for Defendant Department of Homeland Security

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA and LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br>     Plaintiff,<br><br>          v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>     Defendant. | PJH 08-2744<br><br>AMENDED **STIPULATED REQUEST FOR AN ORDER ENLARGING THE TIME FOR DEFENDANT TO MOVE FOR SUMMARY JUDGMENT** |

Pursuant to Civil L.R. 6-2, the parties, through undersigned counsel, hereby stipulate to an enlargement of time, up to and including Monday, December 15, 2008, for Defendant to move for summary judgment.[1]  Counsel for Plaintiff has stipulated to this extension request.  As grounds for this stipulation, Defendant states as follows:

    1.    On September 19, 2008, the parties participated in a joint case management conference in which, inter alia, the Court ordered the parties to continue their attempts to settle this matter, if possible.

---

[1] Defendant's summary judgment motion is currently due on October 29, 2008.

Stipulated Request For Order Changing Time of Due Date of Def's Summ. Judg. Mot. 08-2744 (PJH)

1

1  2. After the joint case management conference, counsel for the parties met and attempted to
2  narrow the scope of this dispute.
3  3. Pursuant to those discussions, Defendant has broadened the parameters of one of its
4  searches in an attempt to locate information responsive to plaintiffs' FOIA request.  Defendant is also
5  reviewing a responsive document to make a determination regarding segregable material.
6  4. Defendant seeks additional time to complete the aforementioned actions and to process any
7  additional information, if necessary.
8  5. The Immigration and Customs Enforcement ("ICE") headquarters is in the midst of a 6-
9  week move to a new location.  The move is causing some disruption in the daily work of ICE, further
10 exacerbating the need for an extension of time.
11 6. This stipulation is supported by the Declaration of Catrina Pavlik-Keenan, ICE FOIA
12 Officer, filed herewith.  The parties have not sought any other extensions of time in this case.
13 7. As additional time for the Agency to complete its search and review, and if necessary, to
14 process any responsive material may result in the settlement of this matter without the need for
15 further litigation, Plaintiff is not prejudiced by this extension request.  In fact, Plaintiff has stipulated
16 to this request.
17 8. An extension of the due date for Defendant's motion for summary judgment would require
18 the current briefing schedule to be altered.  The parties propose the following modified schedule:

- ➲ Defendant's Motion for Summary Judgment – due on Monday, December 15, 2008
- ➲ Plaintiff's Opposition/Cross-Motion – due on Tuesday, January 20, 2009 (allowing Plaintiff an additional week because of the holiday season)
- ➲ Defendant's Reply/Opposition – due on Tuesday, February 3, 2009
- ➲ Plaintiff's Reply – due on Tuesday, February 10, 2009
- ➲ Summary Judgment Hearing – ~~Tuesday, March 17, 2009~~ Wednesday, March 18, 2009.

For the reasons set forth above, and in the Declaration of Catrina Pavlik-Keenan, ICE FOIA

Stipulated Request For Order Changing Time of Due Date of Def's Summ. Judg. Mot. 08-2744 (PJH)

2

1  Officer, the parties hereby move for an order granting Defendant until Monday, December 15, 2008,

2  to move for summary judgment and further adjusting the briefing schedule as agreed to by the parties.

4  Dated: October 28, 2008

6    /s/ Isaac R. Campbell                          /s/ Rocky Tsai

JOHN R. TYLER                           KATHLEEN D. PATTERSON (CA SBN 124768)
ISAAC R. CAMPBELL                 ROCKY TSAI (CA SBN 221452)
United States Department of Justice      RUTH KWON (CA SBN 232569)
Civil Division, Federal Programs Branch  MARIKO MIKI (CA SBN 244920)
20 Massachusetts Avenue, NW, Rm       ERIN REDING (CA SBN 252691)
      6130                                         MICHELLE LEUNG (CA SBN 252937)
Washington, DC  20530                  ORRICK, HERRINGTON & SUTCLIFFE LLP
Tel: (202) 616-8476                         The Orrick Building
Fax: (202) 616-8460                        405 Howard Street
                                                  San Francisco, CA  94105-2669
                                                  Tel: (415) 773-5700
                                                  Fax: (415) 773-5759

Attorneys for Defendants                        Attorneys for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October  31 , 2008                       _____
                                                       Honorable Phyllis J. Hamilton

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed, Judge Phyllis J. Hamilton]*

Stipulated Request For Order Changing Time of Due Date of Def's Summ. Judg. Mot. 08-2744 (PJH)