TONY WEST
Assistant Attorney General
JOHN R. TYLER
ISAAC R. CAMPBELL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6130
Washington, D.C. 20530
Tel: (202) 616-8476
Fax: (202) 616-8460
isaac.campbell@usdoj.gov

Attorneys for Defendant Department of Homeland Security

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA and LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　Defendant. | PJH 08-2744<br><br>**STIPULATED REQUEST FOR AN ORDER STAYING THE CURRENT BRIEFING SCHEDULE AND ENLARGING THE TIME FOR THE PARTIES TO ENGAGE IN SETTLEMENT NEGOTIATIONS** |

　　　Pursuant to Civil L.R. 6-2, the parties, through undersigned counsel, hereby stipulate to a stay of the current briefing schedule and an enlargement of time of 60 days for the parties to continue settlement negotiations.[1]  As grounds for this stipulation, Defendant states as follows:

　　　1.　　On April 20, 2009, the parties filed a stipulation seeking an enlargement of time of 30 days for the defendant to move for summary judgment in order to afford the parties the opportunity to engage in settlement discussions.

---

[1] Defendant's summary judgment motion is currently due on May 26, 2009.

5/21/09 Stip. Req. For Order Changing Time of Due Date of Def's Summ. Judg. Mot. 08-2744 (PJH)

1

2. While the settlement negotiations have been progressing during this time, certain issues remain unresolved.

3. The parties seek additional time in order to resolve, if possible, any outstanding issues and to settle this matter amicably, without the need for further litigation.

4. Accordingly, the parties seek an additional 60 days to complete its settlement negotiations, and to report back to the Court at that time to inform the Court of the status of settlement. The parties therefore ask that the current summary judgment briefing schedule be stayed during this period to allow both sides to be fully engaged in settlement negotiations. The parties propose that they provide a joint report to the Court regarding the status of settlement negotiations by no later than July 31, 2009.

6. This stipulation is supported by the Declaration of Isaac Campbell, filed herewith.

For the reasons set forth above, and in the Declaration of Isaac R. Campbell, the parties hereby move for an order granting a stay of the current briefing schedule, an enlargement of time of 60 days for the parties to continue settlement negotiations, and to provide a joint report to the Court on or before July 31, 2009.

Dated:  May 21, 2009

 /s/ Isaac R. Campbell  
JOHN R. TYLER  
ISAAC R. CAMPBELL  
United States Department of Justice  
Civil Division, Federal Programs Branch  
20 Massachusetts Avenue, NW, Rm 6130  
Washington, DC  20530  
Tel: (202) 616-8476  
Fax: (202) 616-8460  

Attorneys for Defendants

 /s/ Rocky Tsai  
KATHLEEN D. PATTERSON (CA SBN 124768)  
ROCKY TSAI (CA SBN 221452)  
RUTH KWON (CA SBN 232569)  
MARIKO MIKI (CA SBN 244920)  
ERIN REDING (CA SBN 252691)  
MICHELLE LEUNG (CA SBN 252937)  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
The Orrick Building  
405 Howard Street  
San Francisco, CA  94105-2669  
Tel: (415) 773-5700  
Fax: (415) 773-5759  

Attorneys for Plaintiff

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May   26  , 2009

_____  
Honorable Phyllis J. Hamilton

IT IS SO ORDERED  
Judge Phyllis J. Hamilton

5/21/09 Stip. Req. For Order Changing Time of Due Date of Def's Summ. Judg. Mot. 08-2744 (PJH)

2