1
2
3
4
5                    **IN THE UNITED STATES DISTRICT COURT**
6
                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
7
8
  AMERICAN CIVIL LIBERTIES UNION OF              )
9 NORTHERN CALIFORNIA and LAWYERS'               )
  COMMITTEE FOR CIVIL RIGHTS OF THE SAN          )
10 FRANCISCO BAY AREA                            )
                                                 )
11                                               )   Case No. 3:08-CV-02744-pjh
             Plaintiffs,                         )
12 v.                                            )
                                                 )
13 U.S. IMMIGRATION AND CUSTOMS                  )   **[PROPOSED] ORDER RE:**
   ENFORCEMENT, and agency of the Department     )   **NOTICE OF**
14 of Homeland Security                          )   **SUBSTITUTION**
                                                 )   **OF COUNSEL**
15           Defendants,                         )
                                                 )
16                                               )

17 _____

18       Pursuant to the Notice of Substitution of Counsel,

19       IT IS HEREBY ORDERED that Cecillia D. Wang is substituted for Mónica M. Ramírez

20 as counsel for the Plaintiffs American Civil Liberties Union of Northern California and Lawyers'

21 Committee for Civil Rights of the San Francisco Bay Area in this action.

22       IT IS FURTHER ORDERED that all further pleadings, notices, correspondence, and other

23 papers should be served on Plaintiffs' substituted counsel at the following address:

24
25
26

64483-0001/LEGAL14014461.2

1
2   Cecillia Wang
    American Civil Liberties Union Foundation
3   Immigrants' Rights Project
    39 Drumm Street
4   San Francisco, California 94111
    Telephone: (415) 343-0775
5   Facsimile: (415) 395-0950
    e-mail: cwang@aclu.org
6
7   SO ORDERED.
8
    Dated: July __16__, 2009
9
10
11                                                          _____
                                                            H_____TON
12                                                          U_____JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

13
14
15
16
17
18
19
20
21
22
23
24
25
26

-2-