KATHLEEN D. PATTERSON (CA SBN 124768)
kpatterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	415-773-5700
Facsimile:	415-773-5759

JULIA HARUMI MASS (CA SBN 189649)
jmass@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone:	415-621-2493
Facsimile:	415-255-8437

Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION
OF NORTHERN CALIFORNIA
and
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA

*Additional counsel for plaintiffs listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA and LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the Department of Homeland Security,<br><br>Defendant. | PJH 08-2744<br><br>**JOINT STATUS REPORT** |

Additional counsel:

PHILIP HWANG (CA SBN 185070)
phwang@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:    415-543-9444
Facsimile:    415-543-0296

ROCKY TSAI (CA SBN 221452)
rtsai@orrick.com
RUTH KWON (CA SBN 232569)
rkwon@orrick.com
ERIN REDING (CA SBN 252691)
ereding@orrick.com
MICHELLE LEUNG (CA SBN 252937)
mileung@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

CECILLIA WANG (CA SBN 187782)
cwang@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Plaintiffs American Civil Liberties Union of Northern California and Lawyers' Committee for Civil Rights of the San Francisco Bay Area (collectively, "Plaintiffs") and Defendant U.S. Immigration and Customs Enforcement (hereafter, "Defendant"), by and through their undersigned counsel, hereby submit this joint status report pursuant to the Court's order dated May 26, 2009 (hereafter, the "Order").

1. In the Order, the Court granted the parties' joint request to vacate the summary judgment briefing schedule in this case to allow the parties to continue and, if possible, complete settlement discussions.

2. During the past 60 days, the parties have been actively engaged in settlement discussions. However, certain issues continue to remain the subject of settlement negotiations between the parties. Accordingly, the parties respectfully request an additional 60 days to complete their settlement negotiations and propose that they provide a further joint report to the Court regarding the status of settlement discussions by September 30, 2009.

Dated: July 31, 2009

| /s/ Issac R. Campbell | /s/ Kathleen D. Patterson |
|---|---|
| JOHN R. TYLER<br>ISAAC R. CAMPBELL | KATHLEEN D. PATTERSON (CA SBN 124768)<br>ROCKY TSAI (CA SBN 221452)<br>RUTH KWON (CA SBN 232569)<br>ERIN REDING (CA SBN 252691)<br>MICHELLE LEUNG (CA SBN 252937) |
| United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Rm 6130<br>Washington, DC 20530<br>Tel: (202) 616-8476<br>Fax: (202) 616-8460 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Tel: (415) 773-5700<br>Fax: (415) 773-5759 |
| Attorneys for Defendant | Attorneys for Plaintiffs |

1  *I hereby attest that I have on file written permission to sign this joint status report from all*
2  *parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed*
3  *document.*

      /s/   Kathleen D. Patterson

8/5/09

