| | |
|---|---|
| 1 | KATHLEEN D. PATTERSON (CA SBN 124768) |
| | kpatterson@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 3 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 4 | Telephone:     415-773-5700 |
| | Facsimile:     415-773-5759 |
| 5 | |
| 6 | JULIA HARUMI MASS (CA SBN 189649) |
| | jmass@aclunc.org |
| 7 | AMERICAN CIVIL LIBERTIES UNION |
| | FOUNDATION OF NORTHERN CALIFORNIA |
| 8 | 39 Drumm Street |
| | San Francisco, CA 94111 |
| 9 | Telephone:     415-621-2493 |
| | Facsimile:     415-255-8437 |

Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION
OF NORTHERN CALIFORNIA
and
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA

*Additional counsel for plaintiffs listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA and LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA, | PJH 08-2744 |
| | **~~PROPOSED~~ ORDER REGARDING SUMMARY JUDGMENT BRIEFING AND HEARING SCHEDULE** |
| Plaintiffs, | |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the Department of Homeland Security, | |
| Defendant. | |

OHS West:260737546.1

PROPOSED ORDER RE SUMM. J. SCHEDULING
PJH 08-2744

1  Additional counsel:

2  PHILIP HWANG (CA SBN 185070)
3  phwang@lccr.com
   LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA
4  131 Steuart Street, Suite 400
5  San Francisco, CA 94105
   Telephone:     415-543-9444
   Facsimile:     415-543-0296
6

7  ROCKY TSAI (CA SBN 221452)
8  rtsai@orrick.com
   RUTH KWON (CA SBN 232569)
9  rkwon@orrick.com
   ERIN REDING (CA SBN 252691)
10 ereding@orrick.com
   MICHELLE LEUNG (CA SBN 252937)
11 mileung@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 The Orrick Building
   405 Howard Street
13 San Francisco, CA  94105-2669
   Telephone:     415-773-5700
14 Facsimile:     415-773-5759

15
   CECILLIA WANG (CA SBN 187782)
16 cwang@aclu.org
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
17 IMMIGRANTS' RIGHTS PROJECT
18 39 Drumm Street
   San Francisco, CA 94111
19 Telephone: (415) 343-0775
   Facsimile: (415) 395-0950

20

21

22

23

24

25

26

27

28

# **ORDER**

Having considered the parties' proposals as set forth in their joint case status report dated September 30, 2009, the Court hereby sets the following summary judgment briefing and hearing schedule in this action:

- Defendant's Motion for Summary Judgment – due on December 2, 2009
- Plaintiffs' Opposition/Cross-Motion – due on January 6, 2010
- Defendant's Reply/Opposition – due on January 27, 2010
- Plaintiffs' Reply – due on February 17, 2010
- Summary Judgment Hearing – March 17, 2010

IT IS SO ORDERED.

DATED: October 15, 2009

The Honorable Judge Phyllis J. Hamilton

*IT IS SO ORDERED* — United States District Court, Northern District of California