KATHLEEN D. PATTERSON (CA SBN 124768)
kpatterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

JULIA HARUMI MASS (CA SBN 189649)
jmass@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Facsimile: 415-255-8437

Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION
OF NORTHERN CALIFORNIA
and
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA

*Additional counsel for plaintiffs listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA and LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the Department of Homeland Security,<br><br>        Defendant. | PJH 08-2744<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER** |

1  Additional counsel:

2  PHILIP HWANG (CA SBN 185070)
3  phwang@lccr.com
   LAWYERS' COMMITTEE FOR CIVIL RIGHTS
4  OF THE SAN FRANCISCO BAY AREA
   131 Steuart Street, Suite 400
5  San Francisco, CA 94105
   Telephone:    415-543-9444
6  Facsimile:    415-543-0296

7  ROCKY TSAI (CA SBN 221452)
8  rtsai@orrick.com
   RUTH KWON (CA SBN 232569)
9  rkwon@orrick.com
   ERIN REDING (CA SBN 252691)
10 ereding@orrick.com
   MICHELLE LEUNG (CA SBN 252937)
11 mileung@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 The Orrick Building
   405 Howard Street
13 San Francisco, CA  94105-2669
   Telephone:    415-773-5700
14 Facsimile:    415-773-5759

15
   CECILLIA WANG (CA SBN 187782)
16 cwang@aclu.org
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
17 IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
18 San Francisco, CA 94111
   Telephone: (415) 343-0775
19 Facsimile: (415) 395-0950

20

21

22

23

24

25

26

27

28

1   Plaintiffs American Civil Liberties Union of Northern California and Lawyers'
2   Committee for Civil Rights of the San Francisco Bay Area (collectively, "Plaintiffs") and
3   Defendant U.S. Immigration and Customs Enforcement (hereafter, "Defendant"), by and through
4   their undersigned counsel, hereby stipulate as follows:

5       1.    WHEREAS, on October 15, 2009, this Court issued an order setting the schedule
6   for summary judgment briefing as follows:

7           (a)    Defendant's Motion for Summary Judgment is due on December 2, 2009;
8           (b)    Plaintiffs' Opposition/Cross-Motion is due on January 6, 2010;
9           (c)    Defendant's Reply/Opposition is due on January 27, 2010;
10          (d)    Plaintiffs' Reply is due on February 17, 2010;
11          (e)    Summary Judgment Hearing is to be held on March 17, 2010;

12      2.    WHEREAS, since October 15, 2009, the parties have been actively engaged in
13  settlement discussions and have exchanged a draft settlement agreement and proposed order
14  whose terms are currently being negotiated;

15      3.    WHEREAS, both parties require additional time to finalize the terms of the draft
16  settlement agreement in this action.

17      THEREFORE, for the convenience of all parties, the parties hereby STIPULATE AND
18  JOINTLY REQUEST THAT THE COURT:

19      (1)    Vacate the current summary judgment briefing schedule;
20      (2)    Allow the parties an additional 60 days, until February 1, 2010, to continue their
21  settlement negotiations and finalize their proposed settlement agreement.

22  //
23  //
24  //
25  //
26  //
27  //
28  //

1   Dated: November 23, 2009

3   ___/s/ Isaac R. Campbell___         ___/s/ Kathleen D. Patterson___

4   JOHN R. TYLER                       KATHLEEN D. PATTERSON (CA SBN 124768)
    ISAAC R. CAMPBELL                   ROCKY TSAI (CA SBN 221452)
5                                       RUTH KWON (CA SBN 232569)
                                        ERIN REDING (CA SBN 252691)
6                                       MICHELLE LEUNG (CA SBN 252937)

7   United States Department of Justice  ORRICK, HERRINGTON & SUTCLIFFE LLP
    Civil Division, Federal Programs Branch  The Orrick Building
8   20 Massachusetts Avenue, NW, Rm 6130  405 Howard Street
    Washington, DC 20530                 San Francisco, CA 94105-2669
9   Tel: (202) 616-8476                  Tel: (415) 773-5700
    Fax: (202) 616-8460                  Fax: (415) 773-5759

10  Attorneys for Defendant              Attorneys for Plaintiffs

12  *I hereby attest that I have on file written permission to sign this joint status report from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.*

15  ___/s/   Kathleen D. Patterson___

# ORDER

Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the parties' summary judgment briefing schedule is vacated, and the parties are granted an additional 60 days, until February 1, 2010, to continue their settlement negotiations and finalize their proposed settlement agreement.

**IT IS SO ORDERED.**

Dated: ~~November~~ December 2, 2009

_____
HONORABLE PHYLLIS J. HAMILTON