1  KATHLEEN D. PATTERSON (CA SBN 124768)
   kpatterson@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:     415-773-5700
   Facsimile:     415-773-5759
5
   JULIA HARUMI MASS (CA SBN 189649)
6  jmass@aclunc.org
   AMERICAN CIVIL LIBERTIES UNION
7  FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
8  San Francisco, CA 94111
   Telephone:     415-621-2493
9  Facsimile:     415-255-8437

10 Attorneys for Plaintiffs
   AMERICAN CIVIL LIBERTIES UNION
11 OF NORTHERN CALIFORNIA
   and
12 LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA
13
   *Additional counsel for plaintiffs listed on following page
14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18

19 AMERICAN CIVIL LIBERTIES UNION OF        PJH 08-2744
   NORTHERN CALIFORNIA and
20 LAWYERS' COMMITTEE FOR CIVIL             **JOINT CASE STATUS REPORT AND**
   RIGHTS OF THE SAN FRANCISCO BAY          **[~~PROPOSED~~] ORDER**
21 AREA,

22                 Plaintiffs,

23        v.

24 U.S. IMMIGRATION AND CUSTOMS
   ENFORCEMENT, an agency of the
25 Department of Homeland Security,

26                 Defendant.

27

28

OHS West:260817356.1                              JOINT CASE STATUS REPORT PJH 08-2744

1   Additional counsel:

2   PHILIP HWANG (CA SBN 185070)
    phwang@lccr.com
3   LAWYERS' COMMITTEE FOR CIVIL RIGHTS
    OF THE SAN FRANCISCO BAY AREA
4   131 Steuart Street, Suite 400
    San Francisco, CA 94105
5   Telephone:    415-543-9444
    Facsimile:    415-543-0296
6

7   ROCKY TSAI (CA SBN 221452)
    rtsai@orrick.com
8   RUTH KWON (CA SBN 232569)
    rkwon@orrick.com
9   MICHELLE LEUNG (CA SBN 252937)
    mileung@orrick.com
10  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
11  405 Howard Street
    San Francisco, CA  94105-2669
12  Telephone:    415-773-5700
    Facsimile:    415-773-5759
13

14  CECILLIA WANG (CA SBN 187782)
15  cwang@aclu.org
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
16  IMMIGRANTS' RIGHTS PROJECT
    39 Drumm Street
17  San Francisco, CA 94111
    Telephone: (415) 343-0775
18  Facsimile: (415) 395-0950

19

20

21

22

23

24

25

26

27

28

OHS West:260817356.1

1    Plaintiffs American Civil Liberties Union of Northern California and Lawyers'

2    Committee for Civil Rights of the San Francisco Bay Area (collectively, "Plaintiffs") and

3    Defendant U.S. Immigration and Customs Enforcement (hereafter, "Defendant"), by and through

4    their undersigned counsel, hereby report as follows:

5         1.    WHEREAS, on October 15, 2009, this Court issued an order setting a schedule for

6    summary judgment briefing in the above-entitled action;

7         2.    WHEREAS, since October 15, 2009, the parties have been actively engaged in

8    settlement discussions;

9         3.    WHEREAS, on December 2, 2009, this Court issued an order granting an

10   additional period of time of 60 days, until February 1, 2010, to finalize settlement negotiations;

11        3.    WHEREAS, the parties have exchanged multiple drafts of a settlement agreement,

12   but have not yet reached final consensus on certain language of the proposed settlement

13   agreement;

14        THEREFORE, for the convenience of all parties, the parties hereby JOINTLY REQUEST

15   THAT THE COURT:

16        (1)    Allow the parties an additional 30 days, until March 3, 2010, to continue their

17   settlement negotiations with the aim of finalizing their proposed settlement agreement; and

18        (2)    Set a case management conference for Thursday, March 11, 2010, at 2:00 p.m., or

19   as soon thereafter as the Court may be available, to discuss any outstanding issues in this case.

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

OHS West:260817356.1                     - 1 -                JOINT CASE STATUS REPORT PJH 08-2744

1       Dated: February 1, 2010

2

3      _____ /s/ Isaac R. Campbell _____      _____ /s/ Kathleen D. Patterson _____

4      JOHN R. TYLER                       KATHLEEN D. PATTERSON (CA SBN 124768)
     ISAAC R. CAMPBELL           ROCKY TSAI (CA SBN 221452)

5                                    RUTH KWON (CA SBN 232569)
                                   ERIN REDING (CA SBN 252691)

6                                    MICHELLE LEUNG (CA SBN 252937)

7      United States Department of Justice      ORRICK, HERRINGTON & SUTCLIFFE LLP
     Civil Division, Federal Programs Branch      The Orrick Building

8      20 Massachusetts Avenue, NW, Rm 6130      405 Howard Street
     Washington, DC 20530                  San Francisco, CA 94105-2669

9      Tel: (202) 616-8476                   Tel: (415) 773-5700
     Fax: (202) 616-8460                 Fax: (415) 773-5759

10

     Attorneys for Defendant               Attorneys for Plaintiffs

11

12         *I hereby attest that I have on file written permission to sign this joint status report from all*

13 *parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed*

14 *document.*

15                _____ /s/    Kathleen D. Patterson _____

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the parties are granted an additional 30 days, until March 3, 2010, to continue their settlement negotiations in the above-entitled action.  A case management conference is set in this case for Thursday, March 11, 2010, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 9 , 2010



HO_____ILTON
Judge Phyllis J. Hamilton