TONY WEST
Assistant Attorney General
JOHN R. TYLER
ISAAC R. CAMPBELL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6130
Washington, D.C. 20530
Tel: (202) 616-8476
Fax: (202) 616-8460
isaac.campbell@usdoj.gov

Attorneys for Defendant Department of Homeland Security

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA and LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | PJH 08-2744<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER** |

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement. The parties jointly submit the attached Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. As last reported to the Court, after lengthy negotiations to settle the instant action without further litigation, the parties have reached in a tentative settlement agreement. Additional time is needed for defendant to secure final approval of the terms of the settlement agreement.

2.        Defendant therefore requests an additional 22 days to seek the requisite approval of the settlement agreement and to engage in any subsequent discussions, if necessary.  In light of Defendant's aforementioned request, Defendant also seeks to vacate the status conference scheduled for April 15, 2010.  A proposed order is attached hereto.

3.        Plaintiffs agree to Defendant's request for an additional extension of time to obtain final internal approval regarding the parties' proposed settlement agreement, but only until April 20, 2010.  Plaintiffs further agree to Defendant's request to vacate the case management conference previously scheduled for April 15, 2010, and requests that a further case management conference be set for a date convenient to the Court during the week of April 26, 2010.


Dated:  April 8, 2010

| /s/ Isaac R. Campbell | /s/ Rocky Tsai |
|---|---|
| JOHN R. TYLER | KATHLEEN D. PATTERSON (CA SBN 124768) |
| ISAAC R. CAMPBELL | ROCKY TSAI (CA SBN 221452) |
| United States Department of Justice | RUTH KWON (CA SBN 232569) |
| Civil Division, Federal Programs Branch | |
| 20 Massachusetts Avenue, NW, Rm 6130 | MICHELLE LEUNG (CA SBN 252937) |
| Washington, DC  20530 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Tel: (202) 616-8476 | The Orrick Building |
| Fax: (202) 616-8460 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| | Tel: (415) 773-5700 |
| | Fax: (415) 773-5759 |
| Attorneys for Defendants | Attorneys for Plaintiff |

///
///
///
///
///
///
///
///

*I hereby attest that I have on file written permission to sign this joint status report from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.*

/s/ Isaac R. Campbell

[JOINT PROPOSED] SUPPLEMENTAL CASE MANAGEMENT ORDER

4/8/10 Supplemental Case Management Statement. 08-2744 (PJH)

2

1     The Supplemental Case Management Statement and Proposed Order is hereby adopted by the
2 Court as a Supplemental Case Management Order for the case and the parties are ordered to comply
3 with this Order.  In addition, the Court orders as follows:
4     For good cause appearing therefore, IT IS HEREBY ORDERED that the status conference,
5 currently scheduled for April 15, 2010 is vacated and rescheduled to __April 29, 2010__; and the parties
6 are granted an additional ___ days, until April _20_, 2010, to seek the requisite approvals and to
7 finalize their proposed settlement agreement.

**IT IS SO ORDERED.**

Dated: April _13_, 2010



_____
HONORABLE PHYLLIS J. HAMILTON